# United States District Court

Southern **DISTRICT OF** California

2008 MAY 28  PM 2: 16

SOUTHERN DISTRICT OF CALIFORNIA

BY _____ WH _____ DEPUTY

| In the Matter of the Search of<br>(Name, address or brief description of person or property to be searched)<br>Priority Mail Parcel with Delivery Confirmation tracking # 0307-330-0001-8052-5095, addressed to Marjorie Jackson, 1120 Chalkhill Lane, Charlotte, NC 28214. The parcel listed the return information of Sherice Henry, 2224 Market St, SD 92102 | **SEARCH WARRANT**<br><br>CASE NUMBER: '08 MJ 1686 |
|---|---|

TO:   Ana L. Flores, Postal Inspector   and any Authorized Officer of the United States

Affidavit(s) having been made before me by   Ana L. Flores   who has reason to
                                              Affiant

believe that ☐ on the person of or ☒ on the premises known as (name, description and/or location)

Priority Mail Parcel with Delivery Confirmation tracking # 0307-330-0001-8052-5095, addressed to Marjorie Jackson, 1120 Chalkhill Lane, Charlotte, NC 28214. The parcel listed the return information of Sherice Henry, 2224 Market St, SD 92102 which is in the custody of the U.S. Postal Inspection Service.

in the Southern       District of California       there is now concealed a certain person or property, namely (describe the person or property)

```
Controlled substances, materials, and documents reflecting the distribution of
controlled substances through the United States Mail, including money paid for
controlled substances, in violation of Title 21, United States Code, Sections
841(a)(1), 843(b) and 846
```

I am satisfied that affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before   6/2/08
Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime – 6:00 A.M. to 10:00 P.M.) (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to   ANTHONY J. BATTAGLIA
                                                                                    U.S. Judge or Magistrate
as required by law.

MAY 2 2 2008       3:40 P.M.        at    San Diego, CA
Date and Time Issued                       City and State

ANTHONY J. BATTAGLIA
U.S. Magistrate Judge
Name and Title of Judicial Officer          Signature of Judicial Officer

| RETURN |||
|---|---|---|
| DATE WARRANT RECEIVED 5-22-08 | DATE AND TIME WARRANT EXECUTED 5-23-08 12:25 pm | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH USPS |

INVENTORY MADE IN THE PRESENCE OF
US Postal Inspectors A Flores and P Garn

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

Priority Mail Delivery Confirmation Parcel #0307-330-0001-8052-5095

Brown shipping box was lined with styrofoam sheets on the interior and green packing peanuts. The box contained one large bundle wrapped in black and clear plastic wrap which contained a green leafy substance which field tested positive for marijuana which weighed approximately 11,087.9 grams.

*[signature] 5/28/08*

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by the warrant.

_____Ana [signature]_____

Subscribed, sworn to, and returned before me this date.

_____[signature]_____    Date 5/28/08
U.S. Judge